LR Form (Rev. 1/05)

# UNITED STATES DISTRICT COURT

Southern District of West Virginia, Division: HUNTINGTON

Joseph Allen William Cruickshank
v.
Aaron Henson

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS**

CASE NUMBER: 3:19-cv-370

FILED MAY 10 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

I, Joseph Allen William Cruickshank, declare that I am the (check appropriate box)

☒ plaintiff/petitioner/movant    ☐ appellant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/notice of appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes (If "Yes," go to # 3)    ☐ No (If "No," go to # 2)

   If "Yes," state the place of your incarceration  Western Regional Jail 1 O'Hanlon Place Barboursville, WV 25504

   Are you employed at the institution? NO    Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this application and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes (If "Yes," go to # 2.a)    ☒ No (If "No," go to # 2.b)

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Mose's AutoMall Sales - June 01, 2017 (20,000 per year) (last employed) 5200 Rte 60 E Huntington WV 25705

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If you answered "Yes" to any portion of question #3, describe each source of money and state the amount received and what you expect you will continue to receive.

   My mother sometimes gives me $30 (on average) when she can, so I can use the phone. I'm not certain if she will be able to continue to do so, or at what frequency.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. ~~scribbled out~~

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

7. I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefrom, all unpaid costs taxed against plaintiff and pay the balance to plaintiff and/or his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

_07 May 2019_   _[signature]_
Date                              Signature of Applicant

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _22.77_ on account to his/her credit at (name of institution) _Western Regional Jail_. I further certify that the applicant has the following securities to his/her credit _____.
I further certify that during the past six months the applicant's average balance was $ _9.62_, and the average of monthly deposits was $ _34.68_.

_5-7-19_                         _Melissa Roma_
Date                              Signature of Authorized Officer

Joseph Cruickshank
One O'Hanlon Place
Barboursville, WV 25504

Clerk, United States District Court
845 Fifth Avenue, Room 101
Huntington, WV 25701

This person is an inmate at Western Regional Jail



Charleston PS DC 253
THU 09 MAY 2019 PM

USA FOREVER